| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| Samuel H. Rudman, Esq.<br>Coughlin Stoia Geller Rudman<br>& Robbins LLP<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>Telephone No: 631-367-7100    FAX No: 631-367-1173 | | | | |
| | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - Southern District Of New York | | | | |
| Plaintiff: Debra Hall, et al. | | | | |
| Defendant: The Children's Place Retail Stores, Inc., et al. | | | | |
| **AFFIDAVIT OF SERVICE**<br>**Summons & Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>07CIV8252 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Case; Class Action Complaint

3. a. Party served:           Hiten Patel
   b. Person served:          Hiten Patel, Personally

4. Address where the party was served:    5003 Woodrow Avenue
                                          Austin, TX 78756

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Oct. 12, 2007 (2) at: 11:36AM

7. Person Who Served Papers:
   a. Linda Wehmann
   b. Class Action Research &
      Litigation Support Services, Inc.
      P O Box 740
      Penryn, CA 95663
   c. (866) 663-9590, FAX (866) 663-4955

Fee for Service:
I Declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

10-22-07    (Signature)
(Date)

8. **SUBSCRIBED AND SWORN** to me, a Notary Public in and for said County and State.

My Commission Expires 8/30/2010
                     (Date)

(Notary Public)

AMY KEENEY
Notary Public, State of Texas
My Commission Expires
August 30, 2010

OCT 26 2007