| Attorney or Party without Attorney: Samuel H. Rudman, Esq. Coughlin Stoia Geller Rudman & Robbins LLP 58 South Service Road, Suite 200 Melville, NY 11747 Telephone No: 631-367-7100   FAX No: 631-367-1173 | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court: United States District Court - Southern District Of New York | | | | |
| Plaintiff: Debra Hall, et al. | | | | |
| Defendant: The Children's Place Retail Stores, Inc., et al. | | | | |
| **AFFIDAVIT OF SERVICE Summons & Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number: 07CIV8252 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Case; Class Action Complaint

3. a. Party served:                    Ezra Dabah

4. Address where the party was served:   120 Central Park South
                                         New York, NY 10019

5. I served the party:
   b. **by substituted service.** On: Thu., Oct. 11, 2007 at: 10:06PM by leaving the copies with or in the presence of:
                    Yakov Dabah, son/co-occupant
   (2) **(Home)** Competent Member of the Household over 18. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. Person Who Served Papers:
   a. Michael Keating
   b. **Class Action Research &**
      Litigation Support Services, Inc.
      P O Box 740
      Penryn, CA 95663
   c. (866) 663-9590, FAX (866) 663-4955

Fee for Service:
I Declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

10-19-07
(Date)                  (Signature)

OCT 26 2007

8. SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.

My Commission Expires 2-17-10
JOHN J. WALKER
Notary Public, State of New York
Reg. No. 01-WA-4851557
Qualified in Queens County
Certificate Filed in New York County
Commission Expires February 17, 20 10

AFFIDAVIT OF SERVICE
Summons & Complaint

(Notary Public)

sarud.101513

| Attorney or Party without Attorney: Samuel H. Rudman, Esq. Coughlin Stoia Geller Rudman & Robbins LLP 58 South Service Road, Suite 200 Melville, NY 11747 Telephone No: 631-367-7100   FAX No: 631-367-1173 | For Court Use Only |
|---|---|
| Ref. No or File No.: | |
| Attorney for: Plaintiff | |
| Insert name of Court, and Judicial District and Branch Court: United States District Court - Southern District Of New York | |
| Plaintiff: Debra Hall, et al. | |
| Defendant: The Children's Place Retail Stores, Inc., et al. | |

| PROOF OF SERVICE By Mail | Hearing Date: | Time: | Dept/Div: | Case Number: 07CIV8252 |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Summons in a Civil Case; Class Action Complaint

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:           Fri., Oct. 12, 2007
   b. Place of Mailing:          Penryn, CA  95663
   c. Addressed as follows:      Ezra Dabah
                                 120 Central Park South
                                 New York, NY  10019

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Fri., Oct. 12, 2007 in the ordinary course of business.

5. *Person Serving:*                                                Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Janis Dingman                          d. *The Fee* for Service was:
   b. Class Action Research &                e. I am: (3) registered California process server
      Litigation Support Services, Inc.          (i)   Employee
      P O Box 740                                (ii)  Registration No.:    2005-27
      Penryn, CA  95663                          (iii) County:              Sacramento
   c. (866) 663-9590, FAX (866) 663-4955         (iv)  Expiration Date:     Wed, Apr. 29, 2009

OCT 26 2007

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Fri, Oct. 12, 2007

Judicial Council Form                    PROOF OF SERVICE                  (Janis Dingman)
Rule 982.9.(a)&(b) Rev January 1, 2007         By Mail                                    sarud.101513