UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DEBRA HALL, Individually and on
Behalf of All Others Similarly Situated,

        Plaintiff,

- against –

THE CHILDREN'S PLACE RETAIL
STORES, INC., EZRA DABAH, HITEN
PATEL, and SUSAN RILEY,

        Defendants.
------------------------------------------------------------x
DAVID SALKIN, Individually and on
Behalf of All Others Similarly Situated

        Plaintiff,

- against –

THE CHILDREN'S PLACE RETAIL
STORES, INC., EZRA DABAH, HITEN
PATEL, and SUSAN RILEY,

        Defendants.
------------------------------------------------------------x

07 Civ. 8252 (SAS)

07 Civ. 8708

## STIPULATION AND ~~PROPOSED~~ ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, by and among the undersigned counsel to plaintiffs Debra Hall and David Salkin, and defendants The Children's Place Retail Stores, Inc. and Susan Riley (the "Defendants"), as follows:

1. A consolidated amended complaint shall be filed 60 days after lead plaintiff is chosen;

2. Defendants have until 60 days thereafter to file a motion to dismiss the consolidated amended complaint;

3. Any opposition to the motion to dismiss shall be filed 45 days after the filing of the motion to dismiss; and

4. Defendants shall submit their reply, if any, within 30 days after the filing of the opposition to the motion to dismiss.

Dated: New York, New York
October 24, 2007

WEIL, GOTSHAL & MANGES LLP

By: /s/ Anthony Albanese
Jonathan D. Polkes (JP - 4265)
Anthony J. Albanese (AA - 2595)
767 Fifth Avenue
New York, New York 10153
(212) 310-8000

*Attorneys for Defendants The Children's Place Retail Stores, Inc. and Susan Riley.*

COUGHLIN, STOIA, GELLER, RUDMAN & ROBBINS LLP

By: _____
Samuel H. Rudman (SR - 7957)
David A. Rosenfeld (DR - 7564)
Mario Alba, Jr. (MA - 7240)

58 South Service Road, Suite 200
Melville, NY 11747
(631) 367-7100

*Attorneys for Plaintiff Debra Hall*

BRODSKY & SMITH LLC

By: /s/ Evan Smith (with permission)
Evan J. Smith (ES - 3254)
240 Mineola Boulevard
Mineola, NY 11501
(516) 741-4977

SCHIFFRIN & BARROWAY LLP
Richard A. Maniskas
280 King of Prussia Road
Radnor, PA 19087
(610) 667-7706

*Attorneys for Plaintiff David Salkin*

SO ORDERED:

/s/ Shira A. Scheindlin
Honorable Shira A. Scheindlin
United States District Judge    10/30/07

1. Any opposition to the motion to dismiss shall be filed 45 days after the filing of the motion to dismiss; and

2. Defendants shall submit their reply, if any, within 30 days after the filing of the opposition to the motion to dismiss.

Dated: New York, New York
October 24, 2007

WEIL, GOTSHAL & MANGES LLP

By: _____
Jonathan D. Polkes (JP - 4265)
Anthony J. Albanese (AA - 2595)
767 Fifth Avenue
New York, New York 10153
(212) 310-8000

*Attorneys for Defendants The Children's Place Retail Stores, Inc. and Susan Riley.*

COUGHLIN, STOIA, GELLER, RUDMAN & ROBBINS LLP

By: _____
Samuel H. Rudman (SR - 7957)
David A. Rosenfeld (DR - 7564)
Mario Alba, Jr. (MA - 7240)

58 South Service Road, Suite 200
Melville, NY 11747
(631) 367-7100

*Attorneys for Plaintiff Debra Hall*

BRODSKY & SMITH LLC

By: _____
Evan J. Smith (ES - 3254)
240 Mineola Boulevard
Mineola, NY 11501
(516) 741-4977

SCHIFFRIN & BARROWAY LLP
Richard A. Maniskas
280 King of Prussia Road
Radnor, PA 19087
(610) 667-7706

*Attorneys for Plaintiff David Salkin*

SO ORDERED:

_____
Honorable Shira A. Scheindlin
United States District Judge