# WEIL, GOTSHAL & MANGES LLP

767 FIFTH AVENUE
NEW YORK, NY 10153

(212) 310-8000

FAX: (212) 310-8007

AUSTIN
BOSTON
BRUSSELS
BUDAPEST
DALLAS
FRANKFURT
HOUSTON
LONDON
MIAMI
MUNICH
PARIS
PRAGUE
PROVIDENCE
SHANGHAI
SILICON VALLEY
SINGAPORE
WARSAW
WASHINGTON, D.C.

November 12, 2007

ANTHONY J. ALBANESE
DIRECT LINE (212) 310-8258
E-MAIL: anthony.albanese@weil.com

**BY FACSIMILE**

11/13/07

Honorable Shira A. Scheindlin
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St., Room 1620
New York, NY 10007

Re: Hall v. The Children's Place Retail Stores, Inc., et al., 07 Civ. 8252 (SAS)
Salkin v. The Children's Place Retail Stores, Inc., et al., 07 Civ. 8708 (SAS)

Dear Judge Scheindlin:

We represent defendants The Children's Place Retail Stores, Inc. and Susan Riley in the above-referenced actions, which were filed on September 21, 2007 and October 9, 2007, respectively.

Pursuant to stipulation, the parties have agreed to a schedule for the filing of a consolidated amended complaint and subsequent motions to dismiss. The stipulation provides that a consolidated amended complaint will be filed sixty days after the selection of lead plaintiff, with motions to dismiss filed no later than sixty days thereafter (see attached).

In light of the parties' stipulation, we write to request that the initial pretrial conference currently scheduled before Your Honor on November 27, 2007, be adjourned to a date and time that is convenient for the Court, after a consolidated amended complaint has been filed and all of the defendants have answered or otherwise moved against the complaint. We have spoken to counsel for plaintiffs and for defendants Ezra Dabah and Hiten Patel, and they consent to this request. This is the first request for an adjournment.

*[Handwritten annotation: Request granted. Conference adjourned to January 31, 2008 at 4:30 p.m. So Ordered.]*

Sincerely,

Anthony J. Albanese

USDJ
11/13/07

NY1:\1524145\03\W_TD03!.DOC\18514.0001