UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
DEBRA HALL, Individually and on
Behalf of All Others Similarly Situated,

     Plaintiff,

  - against –

THE CHILDREN'S PLACE RETAIL
STORES, INC., et al.,

     Defendants.
------------------------------------------------------x
DAVID SALKIN, Individually and on
Behalf of All Others Similarly Situated

     Plaintiff,

  - against –

THE CHILDREN'S PLACE RETAIL
STORES, INC., et al.,

     Defendants.
------------------------------------------------------x

07 Civ. 8252 (SAS)

07 Civ. 8708 (SAS)

11/13/07

## ~~PROPOSED~~ ORDER

IT IS HEREBY ORDERED that the initial pretrial conference scheduled for November 27, 2007 at 4:30 p.m., is adjourned to a date and time, to be determined by the Court, after a consolidated amended complaint is filed and the defendants have answered or otherwise moved against the complaint.

Dated: New York, New York
   November 12, 2007

SO ORDERED:

HON. SHIRA A. SCHEINDLIN
United States District Judge