UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEBRA HALL, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> THE CHILDREN'S PLACE RETAIL STORES, INC., et al., <br><br> Defendants. | Civil Action No. 1:07-cv-08252-SAS <br><br> <u>CLASS ACTION</u> |
| DAVID SALKIN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> THE CHILDREN'S PLACE RETAIL STORES, INC., et al., <br><br> Defendants. | Civil Action No. 1:07-cv-08708-SAS <br><br> <u>CLASS ACTION</u> |

NOTICE OF MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF
AND FOR APPROVAL OF SELECTION OF LEAD COUNSEL

PLEASE TAKE NOTICE that Institutional Investor Laborers Pension Trust Fund for Northern Nevada ("Northern Nevada Laborers Fund") will hereby move this Court, on a date and at such time as may be designated by the Court, for an Order (attached hereto as Exhibit A): (i) consolidating the Actions; (ii) appointing Northern Nevada Laborers Fund as Lead Plaintiff; (iii) approving Northern Nevada Laborers Fund's selection of the law firm of Coughlin Stoia Geller Rudman & Robbins LLP to serve as Lead Counsel; and (iv) granting such other and further relief as the Court may deem just and proper. In support of this Motion, Northern Nevada Laborers Fund submits herewith a Memorandum of Law and Declaration of Mario Alba Jr., dated November 20, 2007.

DATED: November 20, 2007

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP


         /s/ *Mario Alba Jr.*
         MARIO ALBA JR.

SAMUEL H. RUDMAN
DAVID A. ROSENFELD
MARIO ALBA JR.
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

[Proposed] Lead Counsel for Plaintiffs

I:\Childrens Place\LP Motion\LP Motion.doc

- 1 -

**CERTIFICATE OF SERVICE**

I, Mario Alba Jr., hereby certify that on November 20, 2007, I caused a true and correct copy of the attached:

> Notice of Motion for Consolidation, Appointment as Lead Plaintiff and for Approval of Selection of Lead Counsel;
>
> Memorandum in Support of the Motion of Laborers Pension Trust Fund for Northern Nevada for Consolidation, Appointment as Lead Plaintiff and for Approval of Selection of Lead Counsel; and
>
> Declaration of Mario Alba Jr. in Support of the Motion of Laborers Pension Trust Fund for Northern Nevada for Consolidation, Appointment as Lead Plaintiff and for Approval of Selection of Lead Counsel,

to be served: (i) electronically on all counsel registered for electronic service for this case; and (ii) by first-class mail to any additional counsel.

*/s/ Mario Alba Jr.*
Mario Alba Jr.

CHILDREN'S PLACE

Service List - 11/16/2007   (07-0201)

Page 1 of 1

### Counsel For Defendant(s)

Richard P. Swanson
Arnold & Porter LLP
399 Park Avenue
New York, NY  10022
   212/715-1179
   212/715-1399 (Fax)

Michael J. Gilbert
Dechert LLP
30 Rockefeller Plaza
New York, NY  10112
   212/698-3500
   212/698-3599 (Fax)

Jonathan D. Polkes
Anthony J. Albanese
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153-0119
   212/310-8000
   212/310-8007 (Fax)

### Counsel For Plaintiff(s)

Evan J. Smith
Brodsky & Smith, LLC
240 Mineola Blvd., 1st Floor
Mineola, NY  11501
   516/741-4977
   516/741-0626 (Fax)

Samuel H. Rudman
David A. Rosenfeld
Mario Alba, Jr.
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY  11747
   631/367-7100
   631/367-1173 (Fax)

Richard A. Maniskas
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA  19087
   610/667-7706
   610/667-7056 (Fax)