UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEBRA HALL, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>  vs.<br><br>THE CHILDREN'S PLACE RETAIL STORES, INC., et al.,<br><br>                Defendants. | Civil Action No. 1:07-cv-08252-SAS<br><br><u>CLASS ACTION</u> |
| DAVID SALKIN, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>  vs.<br><br>THE CHILDREN'S PLACE RETAIL STORES, INC., et al.,<br><br>                Defendants. | Civil Action No. 1:07-cv-08708-SAS<br><br><u>CLASS ACTION</u> |

[PROPOSED] ORDER CONSOLIDATING THE ACTIONS, APPOINTING LEAD
PLAINTIFF AND APPROVING SELECTION OF LEAD COUNSEL

Having considered the Motion of Northern Nevada Laborers Fund Employees' Retirement System ("Northern Nevada Laborers Fund") for Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel and the Memorandum of Law and Declaration of Mario Alba Jr., in support thereof, and good cause appearing therefore:

1.  The Actions are hereby consolidated;

2.  Northern Nevada Laborers Fund is hereby appointed Lead Plaintiff for the Class pursuant to Section 21D of the Securities Exchange Act of 1934; and

3.  The law firm of Coughlin Stoia Geller Rudman & Robbins LLP is hereby appointed Lead Counsel.

IT IS SO ORDERED.

DATED: _____    _____
                                                 THE HONORABLE SHIRA A. SCHEINDLIN
                                                 UNITED STATES DISTRICT JUDGE