UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEBRA HALL, Individually and on Behalf of All Others Similarly Situated, : : : Plaintiff, : : vs. : : THE CHILDREN'S PLACE RETAIL STORES, INC., et al., : : Defendants. : | Civil Action No. 1:07-cv-08252-SAS <br><br> <u>CLASS ACTION</u> |
| DAVID SALKIN, Individually and on Behalf of All Others Similarly Situated, : : Plaintiff, : : vs. : : THE CHILDREN'S PLACE RETAIL STORES, INC., et al., : : Defendants. : | Civil Action No. 1:07-cv-08708-SAS <br><br> <u>CLASS ACTION</u> |

DECLARATION OF MARIO ALBA JR. IN SUPPORT OF THE MOTION OF
LABORERS PENSION TRUST FUND FOR NORTHERN NEVADA
FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND
FOR APPROVAL OF SELECTION OF LEAD COUNSEL

MARIO ALBA JR. declares, under penalty of perjury:

1.   I am an associate with Coughlin Stoia Geller Rudman & Robbins LLP ("Coughlin Stoia"), one of plaintiff's counsel in the action entitled *Debra Hall vs. The Children's Place Retail Stores, Inc., et al.,* Civil Action No. 1:07-cv-08252-SAS (the "*Hall* Action"). I submit this Declaration in support of the motion of Laborers Pension Trust Fund for Northern Nevada ("Northern Nevada Laborers Fund") for consolidation, appointment as Lead Plaintiff and for approval of selection of Lead Counsel.

2.   Attached hereto as Exhibit A is a true and accurate copy of the first notice regarding the pendency of these actions, published by plaintiff in the *Hall* Action, on *Business Wire*, a national, business-oriented newswire service, on September 21, 2007.

3.   Attached hereto as Exhibit B is a true and accurate copy of a loss chart presenting the transactions in the subject securities and summarizing the estimated collective losses of Northern Nevada Laborers Fund at approximately $53,682.93, in connection with its transactions in The Children's Place Retail Stores, Inc. shares during the Class Period.

4.   Attached hereto as Exhibit C is the certification of Northern Nevada Laborers Fund.

5.   Attached hereto as Exhibit D is a true copy of the firm resume of Coughlin Stoia.

DATED: November 20, 2007

                                          /s/ *Mario Alba Jr.*
                                          MARIO ALBA JR.

I:\Childrens Place\LP Motion\LP Decl.doc

**CERTIFICATE OF SERVICE**

I, Mario Alba Jr., hereby certify that on November 20, 2007, I caused a true and correct copy of the attached:

> Notice of Motion for Consolidation, Appointment as Lead Plaintiff and for Approval of Selection of Lead Counsel;
>
> Memorandum in Support of the Motion of Laborers Pension Trust Fund for Northern Nevada for Consolidation, Appointment as Lead Plaintiff and for Approval of Selection of Lead Counsel; and
>
> Declaration of Mario Alba Jr. in Support of the Motion of Laborers Pension Trust Fund for Northern Nevada for Consolidation, Appointment as Lead Plaintiff and for Approval of Selection of Lead Counsel,

to be served: (i) electronically on all counsel registered for electronic service for this case; and (ii) by first-class mail to any additional counsel.

                                                */s/ Mario Alba Jr.*
                                                  Mario Alba Jr.

CHILDREN'S PLACE
Service List - 11/16/2007   (07-0201)
Page 1 of 1

### Counsel For Defendant(s)

Richard P. Swanson
Arnold & Porter LLP
399 Park Avenue
New York, NY  10022
   212/715-1179
   212/715-1399 (Fax)

Michael J. Gilbert
Dechert LLP
30 Rockefeller Plaza
New York, NY  10112
   212/698-3500
   212/698-3599 (Fax)

Jonathan D. Polkes
Anthony J. Albanese
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153-0119
   212/310-8000
   212/310-8007 (Fax)

### Counsel For Plaintiff(s)

Evan J. Smith
Brodsky & Smith, LLC
240 Mineola Blvd., 1st Floor
Mineola, NY  11501
   516/741-4977
   516/741-0626 (Fax)

Samuel H. Rudman
David A. Rosenfeld
Mario Alba, Jr.
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY  11747
   631/367-7100
   631/367-1173 (Fax)

Richard A. Maniskas
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA  19087
   610/667-7706
   610/667-7056 (Fax)