UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

| | |
|---|---|
| DEBRA HALL, Individually and on Behalf of All Others Similarly Situated,<br><br>                 Plaintiff,<br><br>vs.<br><br>THE CHILDREN'S PLACE RETAIL STORES, INC., et al.,<br><br>                 Defendants. | Civil Action No. 1:07-cv-08252-SAS<br><br>CLASS ACTION |
| DAVID SALKIN, Individually and on Behalf of All Others Similarly Situated,<br><br>                 Plaintiff,<br><br>vs.<br><br>THE CHILDREN'S PLACE RETAIL STORES, INC., et al.<br><br>                 Defendants. | Civil Action No. 1:07-cv-08708-SAS<br><br>CLASS ACTION |

---------------------------------------------------------------x

## NOTICE OF APPEARANCE

      PLEASE TAKE NOTICE that the undersigned hereby appear as counsel of record for Defendants The Children's Place Retail Stores, Inc. and Susan Riley in the above-captioned actions.

Dated:    New York, New York
            December 4, 2007

By: /s/ Anthony J. Albanese
Jonathan D. Polkes (JP-4265)
Anthony J. Albanese (AA-2595)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Virginia H. Johnson (VJ-7672)
WEIL, GOTSHAL & MANGES LLP
100 Federal Street
Boston, MA 02110
Telephone: (617) 772-8838
Facsimile: (617) 772-8333

*Counsel for Defendants The Children's Place Retail Stores, Inc. and Susan Riley*

## CERTIFICATE OF SERVICE

I, Virginia H. Johnson, an attorney admitted to this Court, do hereby certify, under penalty of perjury, that I have today caused a copy of the annexed document to be served electronically and by first class mail upon the counsel of record listed on the attached service list.

Dated:  Boston, Massachusetts
        December 4, 2007

_____
Virginia H. Johnson

## The Children's Place Retail Stores, Inc.
### Securities Class Action Litigation Service List

| | |
|---|---|
| Samuel H. Rudman<br>David A. Rosenfeld<br>Mario Alba, Jr.<br>COUGHLIN, STOIA, GELLER,<br>RUDMAN & ROBBINS LLP<br>58 South Service Road<br>Suite 200<br>Melville, NY 11747<br>Tel.: (631) 367-7100<br>*Counsel for Plaintiff Debra Hall* | Robert J. Jossen<br>Michael J. Gilbert<br>DECHERT LLP<br>30 Rockefeller Plaza<br>New York, NY 10112<br>Tel.: (212) 698-3500<br>*Counsel for Defendant Ezra Dabah* |
| Evan J. Smith<br>BRODSKY & SMITH LLC<br>240 Mineola Boulevard<br>Mineola, NY 11501<br>Tel.: (516) 741-4977<br>*Counsel for Plaintiff David Salkin* | Richard P. Swanson<br>ARNOLD & PORTER LLP<br>399 Park Avenue<br>New York, NY 10022<br>Tel.: (212) 715-1179<br>*Counsel for Defendant Hitel Patel* |
| Richard A. Maniskas<br>SCHIFFRIN & BARROWAY LLP<br>280 King of Prussia Road<br>Radnor, PA 19087<br>Tel.: (610) 667-7706<br>*Counsel for Plaintiff David Salkin* | |