UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
DEBRA HALL, Individually And On Behalf Of All Others : Case No. 07-cv-8252 (SAS)
Similarly Situated

                Plaintiff,

                -against-

THE CHILDREN'S PLACE RETAIL STORES, INC.,
EZRA DABAH, HITEN PATEL, SUSAN RILEY

                Defendants.
------------------------------------------------X
DAVID SALKIN, Individually And On Behalf Of All : Case No. 07-cv-8708 (SAS)
Others Similarly Situated

                Plaintiff,

                                    **NOTICE OF APPEARANCE**

                -against-

THE CHILDREN'S PLACE RETAIL STORES, INC.,
EZRA DABAH, HITEN PATEL, SUSAN RILEY

                Defendants.
------------------------------------------------

To the Clerk of the Court:

       **PLEASE TAKE NOTICE** that Robert J. Jossen of the law firm of DECHERT LLP hereby enters his appearance as counsel of record on behalf of Ezra Dabah in the above-captioned action, and that copies of all papers in this action are to be served upon the undersigned at the address set forth below.

Dated: New York, New York         DECHERT LLP
       December 4, 2007

                                            By: __/s/ Robert J. Jossen__
                                                Robert J. Jossen
                                                30 Rockefeller Plaza
                                                New York, New York 10112
                                         Tel.:(212) 698-3500
                                         Fax: (212) 698-3599
                                         Attorneys for Ezra Dabah