UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
DEBRA HALL, Individually And On Behalf Of All Others : Case No. 07-cv-8252 (SAS)
Similarly Situated
                    Plaintiff,

                    -against-

THE CHILDREN'S PLACE RETAIL STORES, INC.,
EZRA DABAH, HITEN PATEL, SUSAN RILEY

                    Defendants.
------------------------------------------------X
DAVID SALKIN, Individually And On Behalf Of All : Case No. 07-cv-8708 (SAS)
Others Similarly Situated

                    Plaintiff,

                    -against-                                       **NOTICE OF APPEARANCE**

THE CHILDREN'S PLACE RETAIL STORES, INC.,
EZRA DABAH, HITEN PATEL, SUSAN RILEY

                    Defendants.
------------------------------------------------

To the Clerk of the Court:

      **PLEASE TAKE NOTICE** that Michael J. Gilbert of the law firm of DECHERT LLP hereby enters his appearance as counsel of record on behalf of Ezra Dabah in the above-captioned action, and that copies of all papers in this action are to be served upon the undersigned at the address set forth below.

Dated: New York, New York        DECHERT LLP
       December 4, 2007

                                          By: __/s/ Michael J. Gilbert_____
                                              Michael J. Gilbert
                                              30 Rockefeller Plaza
                                              New York, New York 10112
                                              Tel.:(212) 698-3500
                                              Fax: (212) 698-3599
                                              Attorneys for Ezra Dabah