UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEBRA HALL, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> THE CHILDREN'S PLACE RETAIL STORES, INC., et al., <br><br> Defendants. | Civil Action No. 1:07-cv-08252-SAS <br><br> <u>CLASS ACTION</u> |
| DAVID SALKIN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> THE CHILDREN'S PLACE RETAIL STORES, INC., et al., <br><br> Defendants. | Civil Action No. 1:07-cv-08708-SAS <br><br> <u>CLASS ACTION</u> |

NOTICE OF NON-OPPOSITION

On November 20, 2007, within 60 days of the publication of the requisite notice on September 21, 2007, Institutional Investor Laborers Pension Trust Fund for Northern Nevada ("Northern Nevada Laborers Fund") timely filed a Motion for Consolidation, Appointment as Lead Plaintiff and for Approval of Selection of Lead Counsel. Northern Nevada Laborers Fund respectfully submits this notice to inform the Court that its motion is unopposed.

As set forth in its prior submission, Northern Nevada Laborers Fund: (i) timely filed its motion; (ii) has the largest financial interest in the relief sought by the class (having suffered losses of $53,682.93); (iii) satisfies Federal Rule of Civil Procedure 23; and (iv) typifies the type of investor encouraged by Congress to serve as lead plaintiff in cases such as this. *See* 15 U.S.C. §78u-4(a)(3)(B); *see also Ferrari v. Impath, Inc.,* No. 03 Civ. 5667, 2004 U.S. Dist. LEXIS 13898, *10 (S.D.N.Y. July 15, 2004) (holding that the purpose behind the PSLRA is best achieved by encouraging institutional investors to serve as lead plaintiffs).

Accordingly, pursuant to the Private Securities Litigation Reform Act of 1995, Northern Nevada Laborers Fund is the "most adequate plaintiff" to lead this litigation on behalf of the class and its selection of lead counsel should be approved. *See* 15 U.S.C. §78u-4(a)(3)(B)(iii); *see also Fitzgerald v. Citigroup Inc.*, No. 03 Civ. 4305 (DAB), 2004 U.S. Dist. LEXIS 5066, at *12-*13 (S.D.N.Y. March 26, 2004) (granting unopposed lead plaintiff motion); *Martingano v. Am. Int'l Group, Inc.*, No. 06-CV-1625 (JG) (JMA), 2006 U.S. Dist. LEXIS 47855, at *10-*11 (E.D.N.Y. July 11, 2006) (same); *In re Symbol Techs. Securities Litigation*, No. 05-CV-3923 (DRH)(JO), 2006 U.S. Dist. LEXIS 24776 (E.D.N.Y. April 26, 2006) (same).

DATED:  December 10, 2007         COUGHLIN STOIA GELLER
                                  RUDMAN & ROBBINS LLP


                                           /s/ *Mario Alba Jr.*
                                  ─────────────────────────────
                                           MARIO ALBA JR.

SAMUEL H. RUDMAN
DAVID A. ROSENFELD
MARIO ALBA JR.
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

[Proposed] Lead Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

I, Mario Alba Jr., hereby certify that on December 10, 2007, I caused a true and correct copy of the attached:

Notice of Non-Opposition,

to be served: (i) electronically on all counsel registered for electronic service for this case; and (ii) by first-class mail to any additional counsel.

*/s/ Mario Alba Jr.*
Mario Alba Jr.

CHILDREN'S PLACE

Service List - 11/16/2007   (07-0201)

Page 1 of 1

### Counsel For Defendant(s)

Richard P. Swanson
Arnold & Porter LLP
399 Park Avenue
New York, NY  10022
   212/715-1179
   212/715-1399 (Fax)

Michael J. Gilbert
Dechert LLP
30 Rockefeller Plaza
New York, NY  10112
   212/698-3500
   212/698-3599 (Fax)

Jonathan D. Polkes
Anthony J. Albanese
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153-0119
   212/310-8000
   212/310-8007 (Fax)

### Counsel For Plaintiff(s)

Evan J. Smith
Brodsky & Smith, LLC
240 Mineola Blvd., 1st Floor
Mineola, NY  11501
   516/741-4977
   516/741-0626 (Fax)

Samuel H. Rudman
David A. Rosenfeld
Mario Alba, Jr.
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY  11747
   631/367-7100
   631/367-1173 (Fax)

Richard A. Maniskas
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA  19087
   610/667-7706
   610/667-7056 (Fax)