USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/17/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x
DEBRA HALL, Individually and on Behalf of : Civil Action No. 1:07-cv-08252-SAS
All Others Similarly Situated,              :
                                            : CLASS ACTION
                       Plaintiff,           :
                                            :
          vs.                               :
                                            :
THE CHILDREN'S PLACE RETAIL                 :
STORES, INC., et al.,                       :
                                            :
                       Defendants.          :
———————————————————— 
DAVID SALKIN, Individually and on Behalf  : Civil Action No. 1:07-cv-08708-SAS
of All Others Similarly Situated,           :
                                            : CLASS ACTION
                       Plaintiff,           :
                                            :
          vs.                               :
                                            :
THE CHILDREN'S PLACE RETAIL                 :
STORES, INC., et al.,                       :
                                            :
                       Defendants.          :
———————————————————— x

[PROPOSED] ORDER CONSOLIDATING THE ACTIONS, APPOINTING LEAD
PLAINTIFF AND APPROVING SELECTION OF LEAD COUNSEL

Having considered the Motion of Northern Nevada Laborers Fund Employees' Retirement System ("Northern Nevada Laborers Fund") for Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel and the Memorandum of Law and Declaration of Mario Alba Jr., in support thereof, and good cause appearing therefore:

1. The Actions are hereby consolidated;

2. Northern Nevada Laborers Fund is hereby appointed Lead Plaintiff for the Class pursuant to Section 21D of the Securities Exchange Act of 1934; and

3. The law firm of Coughlin Stoia Geller Rudman & Robbins LLP is hereby appointed Lead Counsel. The clerk of the court is directed to close this motion (#8 on the docket sheet).

IT IS SO ORDERED.

DATED: Dec 14, 2007

THE HONORABLE SHIRA A. SCHEINDLIN
UNITED STATES DISTRICT JUDGE

- 1 -