UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

| | | |
|---|---|---|
| DEBRA HALL, Individually and on behalf of all others similarly situated, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| -against- | : | 07 Civ. 8252 (SAS) |
| | : | |
| THE CHILDREN'S PLACE RETAIL STORES, INC., EZRA DABAH, HITEN PATEL, and SUSAN RILEY, | : | |
| | : | |
| Defendants. | : | |

------------------------------------------------------x

| | | |
|---|---|---|
| DAVID SALKIN, Individually and on behalf of all others similarly situated, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| -against- | : | 07 Civ. 8708 (SAS) |
| | : | |
| THE CHILDREN'S PLACE RETAIL STORES, INC., EZRA DABAH, HITEN PATEL, and SUSAN RILEY, | : | |
| | : | |
| Defendants. | : | |

------------------------------------------------------x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Richard P. Swanson, a member of the firm of Arnold & Porter LLP, hereby appears as counsel of record for defendant Hiten Patel in the above-referenced actions and hereby requests notice of all matters in those actions.

Dated: January 18, 2008
      New York, New York

           Respectfully submitted,

           ARNOLD & PORTER LLP


           By:   /S/ Richard P. Swanson
                  Richard P. Swanson (RS - 6068)
                  399 Park Avenue
                  New York, New York 10022
                  (212) 715-1000 (Tel)
                  (212) 715-1399 (Fax)

*Attorney for Defendant Hiten Patel.*