UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/13/08

---------------------------------------x
DEBRA HALL, Individually and on Behalf of : Civil Action No. 1:07-cv-08252-SAS
All Others Similarly Situated,            : **(Consolidated)**
                                          :
                       Plaintiff,         : CLASS ACTION
                                          :
        vs.                               :
                                          :
THE CHILDRENS PLACE RETAIL                :
STORES, INC., et al.,                     :
                                          :
---------------------------------------x

## STIPULATION AND [~~PROPOSED~~] ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, by and among the undersigned counsel to Lead Plaintiff Laborers Pension Trust Fund for Northern Nevada, and defendants The Children's Place Retail Stores, Inc., Susan Riley, Ezra Dabah and Hiten Patel (the "Defendants"), as follows:

1. Plaintiff shall file and serve the Amended Class Action Complaint (the "Amended Complaint") on or before February 28, 2008;

2. Defendants shall respond to the Amended Complaint on or before March 28, 2008;

3. If Defendants move to dismiss the Amended Complaint:
   (a) Plaintiffs shall file and serve any opposition papers on or before April 28, 2008
   (b) Defendants shall file any reply thereto by May 13, 2008; and

4. If Defendants file a motion to dismiss and the Court denies such motion, Defendants shall have thirty (30) days from the Court's entry of that denial to answer the Amended Complaint.

NO FURTHER ADJOURNMENTS WILL BE GRANTED.

Dated: February 12, 2008
       New York, New York

COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP

By: _____
Samuel H. Rudman
58 South Service Road, Suite 200
Melville, NY 11747
(631) 367-7100

*Attorney for Lead Plaintiff Pension Trust Fund for Northern Nevada*

WEIL, GOTSHAL & MANGES LLP

By: *Anthony J. Albanese* /JKM w/ express permission
Jonathan D. Polkes
Anthony J. Albanese
767 Fifth Avenue
New York, NY 10023
(212) 504-6021

*Attorneys for Defendants The Children's Place Retail Stores, Inc. and Susan Riley*

ARNOLD & PORTER LLP

By: *Richard P. Swanson* /JKM w/ express permission
Richard P. Swanson
399 Park Avenue
New York, NY 10022
(212) 715-1000

*Attorney for Defendant Hiten Patel*

DECHERT LLP

By: *Michael J. Gilbert* /JKM w/ express permission
Robert J. Jossen
Michael J. Gilbert
30 Rockefeller Plaza
New York, NY 10112
(212) 698-3500

*Attorneys for Defendant Ezra Dabah*

**SO ORDERED**:
Dated: February 12, 2008
New York, New York

_____
The Honorable Shira A. Scheindlin
United States District Judge