UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEBRA HALL, Individually and on Behalf of All Others Similarly Situated<br><br>    Plaintiff,<br><br> v.<br><br>THE CHILDREN'S PLACE RETAIL STORES, INC., et al.,<br><br>    Defendants. | No. 07 Civ. 8252 (SAS)<br><br>**(Consolidated)** |

## FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant The Children's Place Retail Stores, Inc. hereby discloses that it is a publicly held corporation listed on the Nasdaq National Market and that no other publicly held corporation owns ten percent or more of its shares.

Dated: March 28, 2008
    New York, New York

            Respectfully submitted,

            WEIL, GOTSHAL & MANGES LLP

            By: /s/ Jonathan D. Polkes
            Jonathan D. Polkes (JP-4265)
            David R. Fertig (DF-5068)
            WEIL, GOTSHAL & MANGES LLP
            767 Fifth Avenue
            New York, NY 10153
            (212) 310-8000

            *Attorneys for Defendants The Children's Place Retail Stores, Inc.*