UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEBRA HALL, Individually and on Behalf of All Others Similarly Situated<br><br>     Plaintiff,<br><br>  v.<br><br>THE CHILDREN'S PLACE RETAIL STORES, INC., et al.,<br><br>     Defendants. | No. 07 Civ. 8252 (SAS)<br><br>**(Consolidated)** |

## NOTICE OF MOTION

    PLEASE TAKE NOTICE that, upon the accompanying memorandum of law and declaration of Jonathan D. Polkes, both dated March 28, 2008, Defendants The Children's Place Retail Stores, Inc. and Susan Riley (collectively, "Movants") will move this Court, before the Honorable Shira A. Scheindlin, United States District Judge, United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Room 1620, New York, New York, on a date and at a time to be determined, for an Order dismissing the Consolidated Amended Class Action Complaint pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b) and Section 21D(b) of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(b), and for such other, further, and different relief as this Court may deem just and proper.

Dated: March 28, 2008  
      New York, New York

Respectfully submitted,  
WEIL, GOTSHAL & MANGES LLP

By:   /s/ Jonathan D. Polkes  
      Jonathan D. Polkes (JP-4265)  
      David R. Fertig (DF-5068)  
      WEIL, GOTSHAL & MANGES LLP  
      767 Fifth Avenue  
      New York, New York 10153  
      (212) 310-8000

*Attorneys for Defendants The Children's Place Retail Stores, Inc. and Susan Riley*

TO:   Samuel H. Rudman  
      David A. Rosenfeld  
      Coughlin Stoia Geller Rudman & Robbins LLP  
      58 South Service Road, Suite 200  
      Melville, NY 11747  
      (631) 367-7100

      Nathan M. Jenkins  
      Jenkins & Carter  
      501 Hammill Lane  
      Reno, NV 89511-1004  
      (775) 829-7800