UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEBRA HALL, Individually and on Behalf of All Others Similarly Situated<br><br>Plaintiff,<br><br>v.<br><br>THE CHILDREN'S PLACE RETAIL STORES, INC., et al.,<br><br>Defendants. | No. 07 Civ. 8252 (SAS)<br><br>**(Consolidated)** |

**DECLARATION OF JONATHAN D. POLKES IN SUPPORT OF DEFENDANTS THE CHILDREN'S PLACE RETAIL STORES, INC. AND SUSAN RILEY'S MOTION TO DISMISS THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**

I, Jonathan D. Polkes, declare under 28 U.S.C. § 1746:

1. I am an attorney admitted to practice before this Court and a partner of Weil, Gotshal & Manges LLP, attorneys for Defendants The Children's Place Retail Stores, Inc. and Susan Riley (collectively, "Movants"). I submit this declaration in support of Movants' motion to dismiss the Consolidated Amended Class Action Complaint (the "Motion").

2. The following is a list of the exhibits cited in Movants' accompanying memorandum of law in support of the Motion. A true and correct copy of each document is attached hereto.

| **Exhibit** | **Description** |
|---|---|
| Compl. | Consolidated Amended Class Action Complaint |
| A | The Children's Place Retail Stores, Inc. Press Release, dated August 31, 2007 |
| B | The Children's Place Retail Stores, Inc. Form 8-K, dated April 6, 2006 |

NY1:\1548891\01\X74R01!.DOC\18514.0006

| C | Transcript of Children's Place Retail Stores, Inc. earnings call held June 1, 2007 |
|---|---|
| D | Excerpt from The Children's Place Retail Stores, Inc. Form 8-K, dated February 1, 2007 |

3. I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  March 28, 2008                                /s/ Jonathan D. Polkes
                New York, New York                                        Jonathan D. Polkes