UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT OF NEW YORK

| | |
|---|---|
| DEBRA HALL, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>THE CHILDREN'S PLACE RETAIL STORES, INC., et al.,<br><br>　　　　　　Defendants. | No. 07-CV-8252-SAS<br><br>**(Consolidated)** |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in support of his motion, and all prior pleadings and proceedings heretofore had herein, defendant Ezra Dabah will move this Court before the Honorable Shira A. Scheindlin, at the United States District Courthouse, 500 Pearl Street, New York, New York, on a date and time to be determined by the Court, for an Order granting Ezra Dabah's motion to dismiss and dismissing Plaintiffs' complaint with prejudice, pursuant to Federal Rule of Civil Procedure 12(b)(6), together with such other and further relief as the Court deems just and proper.

Dated: New York, New York
　　　　March 28, 2008

DECHERT LLP

By:  /s/ Robert J. Jossen
Robert J. Jossen
robert.jossen@dechert.com
Michael J. Gilbert
michael.gilbert@dechert.com
30 Rockefeller Plaza
New York, NY 10112-2200
(212) 698-3500

*Attorneys for Defendant Ezra Dabah*