UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
DEBRA HALL, Individually and on Behalf of  :
All Others Similarly Situated,
                                                                      :     CASE NO. 07 cv 8252(SAS)
       Plaintiff,                            :     ECF

   -against-

THE CHILDREN'S PLACE RETAIL        :     **NOTICE OF CHANGE OF ADDRESS**
STORES, INC., et al.,

       Defendant.
------------------------------------- X

      PLEASE TAKE NOTICE, that the law firm of Dechert LLP, has relocated to 1095 Avenue of the Americas, New York, NY 10036-6797. The telephone and facsimile numbers remain the same.

Dated: New York, New York.             Respectfully submitted,
       July 23, 2008

                                             DECHERT LLP

                                             By: /s/ Robert J. Jossen
                                                  Robert J. Jossen
                                           robert.jossen@dechert.com
                                           1095 Avenue of the Americas
                                           New York, NY  10036-6797
                                           212-698-3500
                                           212-698-3599
                                           Attorneys for Ezra Dabah