```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/31/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
DEBRA HALL, Individually and on Behalf of : Civil Action No. 07-cv-8252 (SAS)
All Others Similarly Situated,                            : (Consolidated)
                                                          :
                         Plaintiff,                       : **STIPULATION AND**
                                                          : **[PROPOSED] SCHEDULING ORDER**
        vs.                                               :
                                                          :
THE CHILDREN'S PLACE RETAIL                               : Conference Date: July 31, 2008
STORES, INC., et al.,                                     :
                                                          :
                         Defendants.                      :
                                                          :
---------------------------------------------------------- x

WHEREAS, on July 18, 2008, the Court issued an Opinion and Order denying defendants' motions to dismiss and scheduling a pretrial conference for July 31, 2008 at 3:30 p.m.;

WHEREAS, pursuant to Rule IV.A.2 of this Court's Individual Rules and Procedures, the parties must submit a proposed Scheduling Order in the form hereof to the Court at the pretrial conference;

NOW, THEREFORE, the parties hereby submit the following information to the Court:

1.      The date of the conference is July 31, 2008 and the appearances of counsel for the parties are as follows:

COUGHLIN STOIA GELLER              WEIL, GOTSHAL & MANGES LLP
   RUDMAN & ROBBINS LLP            Jonathan D. Polkes
Robert M. Rothman                  Anthony J. Albanese
Joseph Russello                    767 Fifth Avenue
58 South Service Road, Suite 200   New York, NY 10153
Melville, NY 11747                 Telephone: (212) 310-8000
Telephone: (631) 367-7100          Facsimile: (212) 310-8007
Facsimile: (631) 367-1173
                                   *Counsel for Defendants The Children's Place*
*Lead Counsel for Lead Plaintiff*  *Retail Stores, Inc. and Susan Riley*
*Northern Nevada Laborers Fund*

DECHERT LLP
Robert J. Jossen
Michael J. Gilbert
1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599

*Counsel for Defendant Ezra Dabah*

       2.      At issue in this case are plaintiff's allegations that the defendants violated the anti-fraud provisions of the federal securities laws by, among other things, (i) allegedly engaging in stock options backdating and spring-loading practices that resulted in the dissemination of false financial statements by defendant The Children's Place Retail Stores, Inc. ("Children's Place"); and (ii) allegedly issuing certain false and misleading statements regarding the relationship between Children's Place and non-party The Walt Disney Company; and whether these alleged actions caused damage to plaintiff.

       3.      The parties agree to the following discovery schedule:

       (a)      Depositions:

       i.      The parties anticipate designating deponents as discovery proceeds.

       ii.      The parties are discussing the number of depositions that may be taken by each side and whether any changes to the limitations set forth in Fed. R. Civ. P. 30(a)(2)(A) will be necessary.

       iii.      The parties anticipate completing depositions of party and non-party fact witnesses on or before ~~July 17~~ *April 30*, 2009.

(b) Document Discovery:

i. The parties will serve written discovery requests on each other on or before August 22, 2008 *(and plaintiffs will make automatic disclosures)* and will serve their respective responses and objections to such written discovery requests on or before September 26, 2008. *(and defendants will make their automatic disclosures)*

ii. Plaintiff will ~~begin producing~~ *produce* documents responsive to defendants' requests on or before September 26, 2008. Defendants will begin producing documents responsive to plaintiff's requests on ~~October 31,~~ *September 26,* 2008 *and will produce all documents by end of November*

(c) Expert Discovery:

i. Excepting class certification expert reports, which are subject to section 5(a) below, the parties will exchange expert reports on or before ~~August 28,~~ *June 1,* 2009. ~~June 15~~

ii. The parties will complete expert depositions on or before ~~October 2,~~ *July 15,* 2009.

(d) Fact and expert discovery will be completed on or before ~~October 2,~~ *July 15,* 2009.

(e) Plaintiff will supply its pretrial order matters to defendants at a date to be determined after the completion of discovery.

(f) The parties will submit a pretrial order in a form that conforms with the Court's instructions together with their trial briefs and proposed *voir dire* questions and proposed jury instructions after the completion of discovery and the determination of any motions for summary judgment.

(g) A final pretrial conference pursuant to Fed. R. Civ. P. 16(d) shall take place before the Court on *July 30*, 2009, at *4:30*.

4. A Stipulation and [Proposed] Confidentiality Order will be negotiated by the parties, and submitted to the Court for its approval by September 5, 2008.

5.  No discovery issues are currently outstanding between the parties. Nevertheless, the parties wish to bring the following scheduling issues to the Court's attention:

(a)  Class Certification: Plaintiff will serve and file its motion for class certification, together with its opening papers and any expert reports in support, within 15 days of the completion of defendants' production of documents concerning the issue of numerosity. The parties will agree upon a schedule for defendants' discovery on the issue of class certification and submission of briefs and expert reports in opposition to the motion, and for plaintiff's reply to such opposition. ~~Nov. 14/Dec 31/JAN. ~~ 20~~

(b)  Summary Judgment: ~~The parties may serve and file any motion for summary judgment, together with their respective opening papers in support thereof, on or before November 13, 2009. The parties will agree upon a briefing schedule with respect to any opposition to the respective motions and any reply to such opposition.~~

6.  At this juncture, the parties anticipate submitting expert testimony on the issues of ~~class certification,~~ causation and damages. The parties may also submit expert testimony on other issues that arise during the discovery process or thereafter.

7.  The parties anticipate that a jury trial of this matter will last approximately 21 days.

8.  This Scheduling Order may be altered or amended only upon a showing of good cause not foreseeable at the time of the conference or when justice so requires.

*– Signatures Appear on Following Page –*

Dated: July 31, 2008
      Melville, New York

Dated: July____, 2008
      New York, New York

COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP

By: /s/ Robert Rothman
Robert M. Rothman
Joseph Russello
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: (631) 367-7100
Facsimile: (631) 367-1173

*Lead Counsel for Lead Plaintiff*
*Northern Nevada Laborers Fund*

WEIL, GOTSHAL & MANGES LLP

By: /s/ Anthony Albanese
Jonathan D. Polkes
Anthony J. Albanese
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Counsel for Defendants The Children's Place*
*Retail Stores, Inc. and Susan Riley*

DECHERT LLP

By: /s/ Robert Jossen
Robert J. Jossen
Michael J. Gilbert
1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599

*Counsel for Defendant Ezra Dabah*

        \*      \*      \*

SO ORDERED:

/s/ Shira A. Scheindlin

July 31, 2008
DATE

THE HONORABLE SHIRA A. SCHEINDLIN
UNITED STATES DISTRICT JUDGE