UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEBRA HALL, Individually and on Behalf of All Others Similarly Situated, | Civil Action No. 1:07-cv-08252-SAS **(Consolidated)** |
| Plaintiff, | CLASS ACTION |
| vs. | |
| THE CHILDREN'S PLACE RETAIL STORES, INC., et al., | |
| Defendants. | |

**LEAD PLAINTIFF'S NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, the Stipulation of Settlement with exhibits, and all prior proceedings had herein, Lead Plaintiff, by and through its attorneys, hereby moves the Court, before the Honorable Shira A. Scheindlin, United States District Judge, Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Room 1620, New York, NY 10007, for an order granting preliminary approval of the proposed settlement of this putative securities class action, pursuant to Federal Rule of Civil Procedure 23(e).

DATED: June 26, 2009

Respectfully submitted,

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
ROBERT M. ROTHMAN

s/ Robert M. Rothman
ROBERT M. ROTHMAN

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
ELLEN GUSIKOFF STEWART
JONAH H. GOLDSTEIN
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

- 2 -

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SEAN K. COLLINS
9601 Wilshire Blvd., Suite 510
Los Angeles, CA  90210
Telephone:  310/859-3100
310/278-2148 (fax)

Lead Counsel for Plaintiffs

JENKINS & CARTER
NATHAN M. JENKINS
501 Hammill Lane
Reno, NV  89511-1004
Telephone:  775/829-7800
775/829-0511 (fax)

Additional Counsel for Plaintiff

Document1

CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on June 26, 2009.

s/ Robert M. Rothman
ROBERT M. ROTHMAN

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

E-mail:rrothman@csgrr.com

# Mailing Information for a Case 1:07-cv-08252-SAS

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Mario Alba , Jr**
  malba@csgrr.com,e_file_ny@csgrr.com,drosenfeld@csgrr.com

- **Michael J. Gilbert**
  michael.gilbert@dechert.com,bryan.block@dechert.com,luis.lopez@dechert.com

- **Jonah H. Goldstein**
  Jgoldstein@csgrr.com

- **Robert Jeffrey Jossen**
  robert.jossen@dechert.com,bryan.block@dechert.com,luis.lopez@dechert.com

- **Fainna Kagan**
  fkagan@csgrr.com

- **Jonathan D Polkes**
  scott.woller@weil.com,jonathan.polkes@weil.com,georgia.magno@weil.com

- **David Avi Rosenfeld**
  drosenfeld@csgrr.com,e_file_ny@csgrr.com

- **Robert M. Rothman**
  rrothman@csgrr.com

- **Samuel Howard Rudman**
  srudman@csgrr.com,e_file_ny@csgrr.com

- **Ellen Anne Gusikoff Stewart**
  elleng@csgrr.com

- **Richard P. Swanson**
  richard_swanson@aporter.com,anthony_boccanfuso@aporter.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`

Manual List
*Hall v. The Children's Place Retail Stores, Inc., et al.*
Civil Action No. 1:07-cv-08252-SAS

Nathan M. Jenkins
Jenkins & Carter
501 Hammill Lane
Reno, NV  89511-1004